1  David H. Krieger, Esq.
Nevada Bar No. 9086
2  HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
3  Henderson, Nevada 89123
Phone: (702) 880-5554
4  FAX: (702) 385-5518
5  Email: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff,
6  LARRY AND CAROL NEWBY

7  Jerry S. Busby, Esq.
Nevada Bar No. 001107
8  Gregory A. Kraemer, Esq.
Nevada Bar No. 010911
9  COOPER LEVENSON APRIL
    NIEDELMAN & WAGENHEIM, P.A.
10 6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
11 (702) 366-1125 Telephone
FAX:  (702) 366-1857 Facsimile
12 jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com
13 Attorneys for Defendant,
PERFORMANT RECOVERY, INC. f/k/a
14 DIVERSIFIED COLLECTION SERVICES, INC.
Erroneously sued as PERFORMANT RECOVERIES, INC.

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY NEWBY AND CAROL NEWBY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PERFORMANT RECOVERIES, INC. F/K/A DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | **Case No. 2:13-cv-00150-JAD-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

/ / /

**STIPULATION**

Plaintiff LARRY NEWBY AND CAROL NEWBY and PERFORMANT RECOVERIES, INC. F/K/A DIVERSIFIED COLLECTION SERVICES, INC. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 23, 2013

| | |
|---|---|
| By: /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 130<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff*<br>LARRY AND CAROL NEWBY | By: /s/ Gregory A. Kraemer<br>Jerry S. Busby<br>Nevada Bar No: 001107<br>Gregory A. Kraemer<br>Nevada Bar No: 010911<br>COOPER LEVENSON APRIL<br>NEIDELMAN & WAGENHEIM, P.A.<br>*Attorney for Defendant,*<br>PERFORMANT RECOVERY , INC.<br>f/k/a DIVERSIFIED COLLECTION<br>SERVICES, INC., erroneously sued as<br>PERFORMANT RECOVERIES, INC. |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 24, 2013